| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664<br>Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant<br>BRYAN KEITH WASHINGTON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRYAN KEITH WASHINGTON,<br><br>Defendant. | Case No. 1:17-cr-00071 LJO<br>Case No. 1:05-cr-00223 LJO<br><br>ORDER FOR RELEASE FROM CUSTODY AND MODIFICATION OF CONDITIONS OF SUPERVISED RELEASE<br><br>Judge: Hon. Lawrence J. O'Neill |

This matter came before the court for hearing on September 4, 2018. GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant Bryan Keith Washington shall be released from custody at the Fresno County Jail on the following conditions:

1. Mr. Washington shall be released from custody at the Fresno County Jail at 6:30 a.m., on Thursday, September 6, 2018, for the purpose of obtaining an assessment to determine his eligibility for acceptance into the Delancey Street San Francisco residential substance abuse treatment program, located at 600 Embarcadero, San Francisco, California.

2. Mr. Washington shall be released to the third party custody of Kevin Mitchel, of the Office of the Federal Defender, to be transported directly to Delancey Street San Francisco.

3. Provided Mr. Washington is accepted into the Delancey Street residential substance abuse treatment program, Mr. Washington shall remain at Delancey Street San Francisco, where he shall reside and participate fully and complete their 24 month treatment program.

//

4. In the event Mr. Washington is not accepted into the Delancey Street residential substance abuse treatment program, Bryan Washington shall remain in the third party custody of Kevin Mitchell who shall transport him directly to the Fresno County Jail, in Fresno, California, where Mr. Washington shall be returned to custody pending disposition of his previously admitted supervised release violation, and new law violation

IT IS SO ORDERED.

Dated: **September 4, 2018**          **/s/ Lawrence J. O'Neill**
                                                                        UNITED STATES CHIEF DISTRICT JUDGE